UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KARA GUITY-NORALES<br><br>                Plaintiff,<br><br>   -against-<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC.<br><br>            Defendant. | 25-CV-9493 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

If the Parties have not filed a motion to remand to state court by **December 15, 2025**, then a telephonic status conference will be held on **December 16, 2025 at 10:30 AM**. If the conference goes forward, the Parties should be prepared to the status of the case. Counsel are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 629 820 106#.**

DATED: December 2, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge